People v Rhodehouse (2025 NY Slip Op 04204)

People v Rhodehouse

2025 NY Slip Op 04204

Decided on July 17, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 17, 2025

CR-24-1501
[*1]The People of the State of New York, Respondent,
v
Wendy J. Rhodehouse, Appellant.

Calendar Date:June 20, 2025

Before:Aarons, J.P., Pritzker, Ceresia, Fisher and Mackey, JJ.

Donnial K. Hinds, Albany, for appellant.
Weeden A. Wetmore, District Attorney, Elmira (MacCaelin A. Sedita of counsel), for respondent.

Appeal from a judgment of the County Court of Chemung County (Richard Rich Jr., J.), rendered August 5, 2024, which revoked defendant's probation and imposed a sentence of imprisonment.
In June 2023, defendant pleaded guilty to criminal trespass in the second degree and was sentenced to three years of probation. In July 2024, defendant was charged with violating certain terms and conditions of her probation. Defendant waived a hearing and admitted to violating the terms of her probation with the understanding that she could receive a sentence of up to 12 months in jail. County Court thereafter revoked defendant's probation and resentenced her to 10 months in jail. Defendant appeals, arguing only that the period of incarceration imposed is unduly harsh or severe.
The People have advised this Court that defendant completed serving her jail sentence during the pendency of this appeal, a fact that defendant does not dispute. Accordingly, the appeal has been rendered moot and must be dismissed (see People v Dibble, 214 AD3d 1208, 1209 [3d Dept 2023]; People v McLean, 185 AD3d 1089, 1089 [3d Dept 2020]).
Aarons, J.P., Pritzker, Ceresia, Fisher and Mackey, JJ., concur.
ORDERED that the appeal is dismissed, as moot.